### 36891. WINN *v.* SMITH *et al.*

NICHOLS, J. This is a companion case to *Austin* v. *Smith*, ante, and is controlled by the decision in that case.

*Judgment reversed. Felton, C. J., and Quillian, J., concur.*

DECIDED NOVEMBER 8, 1957.

*George T. Bagby, Frank D. Holcomb, Hamilton Lokey, John T. Perrin,* for plaintiff in error.

*Reed & Ingram, R. M. Reed, Troutman, Sams, Schroder & Lockerman,* contra.